IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT ALLEN,** | ) |
| Plaintiff, | ) |
| vs. | ) No. 03-cv-495-DGW |
| **ANTHONY RAMOS, et al.,** | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Jury Verdict rendered on November 19, 2007, judgment is entered in favor of plaintiff, Robert Allen, and against defendant, Anthony Ramos, and compensatory damages in the sum of $1.00 are assessed in favor of the plaintiff, Robert Allen..

**Decision by the Court: IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated June 15, 2005, judgment is entered in favor of defendants, R. Turner, Roy L. Grathler, Anthony R. Bauer, Kay A. Surman, Andrew N. Wilson, and Jonathan R. Walls, and against plaintiff, Robert Allen.

**DATED** this 27th day of November, 2007.

NORBERT G. JAWORSKI, CLERK

s/Robin Butler
Deputy Clerk

Approved:
*s/ Donald G. Wilkerson*
DONALD G. WILKERSON
United States Magistrate Judge