IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT ALLEN, )
)
       Plaintiff, )
)
-vs- ) Civil No. 03-495-DGW
)
ANTHONY RAMOS, )
)
       Defendant. )

**ORDER**

Currently pending before the court are Plaintiff's pro se Motion for the Awarding of Costs (Doc. 81) and Motion asking the Court to order Stateville Correctional Center to stop removing filing fees from his prison account (Doc. 84). For the reasons set forth below, these motions are **DENIED without prejudice**.

This is a suit brought by a prison inmate under 42 U.S.C. §1983. A jury trial was held in the matter on November 19, 2007. The jury returned a verdict in favor of Plaintiff and against Defendant Ramos in the amount of $1.00 nominal damages.

The Court appointed counsel to represent Plaintiff in this action (Doc. 44). Plaintiff's appointed counsel participated in the final pretrial conference, in the jury trial, filed a post-judgment motion for attorneys fees (Doc. 75), and filed responses in opposition to Defendant's Motion for Judgment as a Matter of Law (Doc. 79). The instant motions were filed pro se, without counsel. The Court will not consider pro se motions from parties represented by counsel. See United States v. Troxell, 887 F.2d 830, 836 (7th Cir. 1989). Accordingly, the Motion for Costs (Doc. 81) and the Motion requesting that the Court to order Stateville

Correctional Center to stop removing filing fees from his prison account (Doc. 84) are **DENIED**

**without prejudice**.

**IT IS SO ORDERED.**

**DATE: September 30, 2008.**

                                               *s/ Donald G. Wilkerson*
                                               **DONALD G. WILKERSON**
                                               **United States Magistrate Judge**